United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Suzanne Wheeler-McCorvey, <br> Plaintiff, <br><br> v. <br><br> Martin O'Malley, Commissioner for <br> Social Security Administration, <br> Defendant. | ) <br> ) <br> ) <br> )  Civil Action No. 22-62104-Civ-Scola <br> ) <br> ) <br> ) <br> ) |

### Order Adopting Report and Recommendations

      According to the Clerk's directive, this case was referred to United States Magistrate Judge Jonathan Goodman for a ruling on all pre-trial, nondispositive matters, and for a report and recommendation on any dispositive matters. Judge Goodman has issued his report, recommending that the Court grant Plaintiff Suzanne Wheeler-McCorvey's motion for summary judgment (ECF No. 22), deny Defendant Martin O'Malley, Commissioner for Social Security Administration's motion for summary judgment (ECF No. 27), and reverse the administrative law judge's unfavorable decision. (Mag. J. Rep. & Rec., ECF No. 30.) No objections have been filed and the time to do so has passed. After careful de novo review of the filings, the applicable law, and the record, the Court **adopts** Judge Goodman's report and recommendations (**ECF No. 30**) in full, **grants** Wheeler-McCorvey's motion for summary judgment (**ECF No. 22**), **denies** the Commissioner's motion for summary judgment (**ECF No. 27**), and **remands** this case to the administrative law judge for further proceedings.

      Judge Goodman found that the ALJ improperly failed to address Wheeler-McCorvey's fibromyalgia in assessing her claims of disability. (Rep. at 14.) The Court agrees with Judge Goodman that this alone renders the ALJ's decision unsupported by substantial evidence, warranting remand. Finding Judge Goodman's analysis cogent and compelling, the Court adopts his report and recommendations in their entirety, **remanding** this case back to the ALJ for further proceedings consistent with Judge Goodman's report.

      The Clerk is directed to **close** this case. All other pending motions, if any,

are **denied** as moot.

**Done and ordered** at Miami, Florida on January 29, 2024.

_____
Robert N. Scola, Jr.
United States District Judge